1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  Dana B. Salmonson
   Nevada Bar No. 11180
4  dana.salmonson@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
7  Las Vegas, NV 89169
   Telephone: 702.369.6800
8  Fax: 702.369.6888

9  *Attorneys for Defendants*
   *Thyssenkrupp Materials NA, Inc., Thyssenkrupp*
10 *Supply Chain Services NA, Inc., and Tesla Motors,*
   *Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | Case No.: 3:19-cv-00683-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff") and Defendants Thyssenkrupp Materials NA, Inc., Thyssenkrupp Supply Chain Services NA, Inc., (collectively, "Thyssenkrupp") and Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Thyssenkrupp and Tesla to respond to Plaintiff's First Amended Complaint (ECF No. 2). Thyssenkrupp and Tesla's responses

to the First Amended Complaint are currently due March 12, 2020.  Thyssenkrupp and Tesla request an extension of time up to and including March 19, 2020 in which to respond.  This is the parties' second request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 11th day of March, 2020.

THE GEDDES LAW FIRM, P.C.

/s/ *Kristen R. Geddes*
William J. Geddes
Nevada Bar No. 6984
Kristen R. Geddes
Nevada Bar No. 9027
8600 Technology Way, Suite 107
Reno, NV  89521
*Attorneys for Plaintiff*

DATED this 11th day of March, 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendants
Thyssenkrupp Materials NA, Inc.,
Thyssenkrupp Supply Chain Services NA, Inc.,
and Tesla Motors, Inc.*

**ORDER**

IT IS SO ORDERED.

*William G. Cobb*
U.S. MAGISTRATE JUDGE

March 11, 2020
DATED

2