1 Anthony L. Martin
Nevada Bar No. 8177
2 anthony.martin@ogletreedeakins.com
Dana B. Salmonson
3 Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
4 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5 Wells Fargo Tower
Suite 1500
6 3800 Howard Hughes Parkway
Las Vegas, NV 89169
7 Telephone: 702.369.6800
Fax: 702.369.6888
8

9 *Attorneys for Defendants
Thyssenkrupp Materials NA, Inc., Thyssenkrupp*
10 *Supply Chain Services NA, Inc., and Tesla Motors, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | Case No.: 3:19-cv-00683-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff") and Defendants Thyssenkrupp Materials NA, Inc., Thyssenkrupp Supply Chain Services NA, Inc., (collectively, "Thyssenkrupp"), Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiff's

First Amended Complaint (ECF No. 2).[1]  Defendants' responses to the First Amended Complaint are currently due March 19, 2020; however, given the COVID-19 Pandemic, Defendants request an extension of time up to and including March 30, 2020 in which to respond.  This is the parties' third request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 19th day of March, 2020.        DATED this 19th day of March, 2020.

THE GEDDES LAW FIRM, P.C.                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Kristen R. Geddes*                     /s/ *Dana B. Salmonson*

William J. Geddes                           Anthony L. Martin
Nevada Bar No. 6984                         Nevada Bar No. 8177
Kristen R. Geddes                           Dana B. Salmonson
Nevada Bar No. 9027                         Nevada Bar No. 11180
8600 Technology Way, Suite 107              Wells Fargo Tower
Reno, NV 89521                              Suite 1500
*Attorneys for Plaintiff*                   3800 Howard Hughes Parkway
                                            Las Vegas, NV 89169
                                            *Attorneys for Defendants*
                                            *Thyssenkrupp Materials NA, Inc.,*
                                            *Thyssenkrupp Supply Chain Services NA, Inc.,*
                                            *and Tesla Motors, Inc.*

**ORDER**

IT IS SO ORDERED.

*William G. Cobb*
U.S MAGISTRATE JUDGE

March 20, 2020
DATED

---

[1] At this time, Plaintiff intends for this extension to apply to all Defendants, including Employbridge Southwest, LLC d/b/a Prologistix.  Thyssenkrupp and Tesla were amidst finalizing representation for Employbridge; however, all parties' internal resources have been impacted by COVID-19 and, unfortunately, have prevented the parties from finalizing representation.

2