Dora V. Lane (Nevada Bar No. 8424)
Sarah J. Walsh (Nevada Bar No. 13481)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
dlane@hollandhart.com
sjwalsh@hollandhart.com

*Attorneys for EmployBridge Southwest, LLC dba Prologistix*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10;,<br><br>Defendant. | **Case No.: 3:19-cv-683-LRH-WGC**<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff"), Defendants Thyssenkrupp Materials NA, Inc., Thyssenkrupp Supply Chain Services NA, Inc., (collectively, "Thyssenkrupp"), Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record and Defendants EmployBridge Southwest, LLC d/b/a Prologistix ("Prologistix"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Prologistix to respond to Plaintiff's First Amended Complaint (ECF No. 2) until up to and including April 20, 2020.

The reason for the request is the fact that Holland & Hart, LLP was only very recently retained to represent Prologistix and is gathering information to become familiar with the case in

1

order to prepare a proper response to the First Amended Complaint. This is the fourth request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 13th day of April, 2020.

| THE GEDDES LAW FIRM, P.C. | HOLLAND & HART LLP |
|---|---|
| /s/ Kristen R. Geddes | /s/ Dora V. Lane |
| William J. Geddes (Nevada Bar No. 6984)<br>Kristen R. Geddes (Nevada Bar No. 9027)<br>1575 Delucchi Lane, Ste 206<br>Reno, NV 89502 | Dora V. Lane (Nevada Bar No. 8424)<br>Sarah J. Walsh (Nevada Bar No. 13481)<br>5441 Kietzke Lane, Suite 200<br>Reno, NV 89511-2094 |
| *Attorneys for Plaintiff* | *Attorneys for EmployBridge Southwest, LLC dba Prologistix* |

OGLETREEE, DEAKINS, NASH, SMOAK & STEWART, PC.

/s/ Anthony L. Martin
Anthony L. Martin (Nevada Bar No. 8177)
Dana B. Salmonson (Nevada Bar No. 11180)
Wells Fargo Tower
Ste 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants Thyssenkrupp Materials NA, Inc., Thyssenkrupp Supply Chain Services NA, Inc., and Tesla Motors, Inc.*

## **ORDER**

IT IS SO ORDERED.

William G. Cobb
UNITED STATES JUDGE

April 14, 2020
DATED

2