1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual, | CASE NO: 3:19-cv-683-LRH-WGC |
| Plaintiff, | |
| vs. | |
| EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10. | **STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT THYSSENKRUPP MATERIALS NA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** (ECF No. 011) |
| Defendants. | **(First Request)** |

10

11

12

13

14

15

16

17

18    Plaintiff Robert Thurman-Silva ("Plaintiff") and Defendants thyssenkrupp Supply Chain

19  Services NA, Inc., thyssenkrupp Materials NA, Inc., and Tesla, Inc.[1], by and through their undersigned

20  counsel of record hereby stipulate that Plaintiff may have a one (1)-week extension of time, **through**

21  **and including Monday, April 20, 2020**, to file their opposition to *Defendant thyssenkrupp Materials*

22  *NA, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint* (ECF No. 011).  Pursuant to this

23  stipulation, the parties hereby request that the Court grant this enlargement of time.  This is the first

24  request for such an extension.  The original deadline to file this opposition brief is Monday, April 13,

25  2020, which deadline has not yet run.  The reason that Plaintiff needs additional time to file this

26  opposition brief is due to Plaintiff's counsel's recent office relocation and related workload.

27

28

---

[1] Defendant Tesla, Inc. is erroneously identified as Tesla Motors, Inc.

1

1   This stipulation and request are not made for any dilatory or improper purpose.

2   DATED this 103ᵗʰ day of April, 2020.          THE GEDDES LAW FIRM, P.C.

3

4                                                                  Kristen R. Geddes
                                                                   Nevada Bar No. 9027
5                                                                  1575 Delucchi Lane, Suite 206
                                                                   Reno, Nevada 89502
6                                                                  Phone: (775) 853-9455
                                                                   Email: Kristen@TheGeddesLawFirm.com
7                                                                  *Attorneys for Plaintiff Robert Thurman-Silva*

8

9   DATED this 13ᵗʰ day of April, 2020.          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

10                                                  /s/

11                                                 Antony Martin, Esq.
                                                   Nevada Bar No. 8177
12                                                 Dana Salmonson, Esq.
                                                   Nevada Bar No. 11180
13                                                 Wells Faro Tower
                                                   Suite 1500
14                                                 3800 Howards Hughes Parkway
                                                   Las Vegas, NV 89169
15                                                 *Attorneys for Defendants*
                                                   *thyssenkrupp Materials NA, Inc., thyssenkrupp Supply*
16                                                 *Chain Services NA, Inc., and Tesla, Inc.*

17

18                                        **ORDER**

19

20   IT IS SO ORDERED, *nunc pro tunc*.

21   DATED this 15th day of April, 2020.

22

23

24                                                 LARRY R. HICKS
                                                   UNITED STATES DISTRICT JUDGE

25

26

27

28

2