**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10.<br><br>Defendants. | CASE NO: 3:19-cv-683-LRH-WGC<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT THYSSENKRUPP MATERIALS NA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br>(ECF No. 011)**<br><br>**(Second Request)** |

Plaintiff Robert Thurman-Silva ("Plaintiff") and Defendants thyssenkrupp Supply Chain Services NA, Inc., thyssenkrupp Materials NA, Inc., and Tesla, Inc.[1], by and through their undersigned counsel of record hereby stipulate that Plaintiff may have a one (1)-week extension of time, **through and including Monday, April 27, 2020**, to file their opposition to *Defendant thyssenkrupp Materials NA, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint* (ECF No. 011). Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time. This is the second request for such an extension. Plaintiff's first request for an extension of time was filed on April 13, 2020 (ECF No. 16) and was granted on April 14, 2020 (ECF No. 18). The reason that Plaintiff now requests additional time to file this opposition brief is based upon Plaintiff's counsel's workload and

---

[1] Defendant Tesla, Inc. is erroneously identified as Tesla Motors, Inc.

1

calendar issues. This stipulation and request are made in good faith and not for any dilatory or improper purpose.

DATED this 20<u>th</u> day of April, 2020. THE GEDDES LAW FIRM, P.C.

_____
Kristen R. Geddes
Nevada Bar No. 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff Robert Thurman-Silva*

DATED this 20<u>th</u> day of April, 2020. Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

 /s/
_____
Antony Martin, Esq.
Nevada Bar No. 8177
Dana Salmonson, Esq.
Nevada Bar No. 11180
Wells Faro Tower
Suite 1500
3800 Howards Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants
thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., and Tesla, Inc.*

**ORDER**

Dated: April 21, 2020                                    IT IS SO ORDERED, *nunc pro tunc*.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2