**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | Case No.: 3:19-cv-00683-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THYSSENKRUPP MATERIALS NA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff") and Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., (collectively, "thyssenkrupp") and Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record, hereby request and stipulate to extend the time for thyssenkrupp Materials NA, Inc. ("tkMNA") to file its Reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint ("Reply") (ECF No. 11). tkMNA's Reply is currently due May 4, 2020. tkMNA requests

an extension of time up to and including May 18, 2020 in which to respond.  This is tkMNA's first request for an extension of time to file its Reply.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 1st day of May, 2020.                    DATED this 1st day of May, 2020.

THE GEDDES LAW FIRM, P.C.                           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Kristen R. Geddes*                             /s/ *Dana B. Salmonson*

| William J. Geddes | Anthony L. Martin |
| Nevada Bar No. 6984 | Nevada Bar No. 8177 |
| Kristen R. Geddes | Dana B. Salmonson |
| Nevada Bar No. 9027 | Nevada Bar No. 11180 |
| 1575 Delucchi Lane, Suite 206 | Wells Fargo Tower |
| Reno, NV 89502 | Suite 1500 |
| *Attorneys for Plaintiff* | 3800 Howard Hughes Parkway |
|  | Las Vegas, NV 89169 |
|  | *Attorneys for Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., and Tesla Motors, Inc.* |

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2