# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | Case No.: 3:19-cv-00683-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THYSSENKRUPP MATERIALS NA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff") and Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., (collectively, "thyssenkrupp") and Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record, hereby request and stipulate to extend the time for thyssenkrupp Materials NA, Inc. ("tkMNA") to file its Reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint ("Reply") (ECF No. 11). tkMNA's Reply is currently due May 18, 2020. tkMNA

requests an extension of time up to and including June 3, 2020 in which to respond.  This is tkMNA's second request for an extension of time.  The first request for an extension was filed via Stipulation on May 1, 2020 (ECF No. 27) and granted on May 4, 2020 (ECF No. 28).

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 18th day of May, 2020.         DATED this 18th day of May, 2020.

THE GEDDES LAW FIRM, P.C.                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Kristen R. Geddes*                    /s/ *Dana B. Salmonson*

William J. Geddes                          Anthony L. Martin
Nevada Bar No. 6984                        Nevada Bar No. 8177
Kristen R. Geddes                          Dana B. Salmonson
Nevada Bar No. 9027                        Nevada Bar No. 11180
1575 Delucchi Lane, Suite 206              Wells Fargo Tower
Reno, NV  89502                            Suite 1500
*Attorneys for Plaintiff*                  3800 Howard Hughes Parkway
                                           Las Vegas, NV  89169
                                           *Attorneys for Defendants*
                                           *thyssenkrupp Materials NA, Inc., thyssenkrupp*
                                           *Supply Chain Services NA, Inc., and Tesla*
                                           *Motors, Inc.*

**ORDER**

IT IS SO ORDERED,  *nunc pro tunc*.

DATED this 19th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2