**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10,<br><br>Defendants. | Case No.: 3:19-cv-00683-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION REGARDING DISMISSAL**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff") Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., (collectively, "thyssenkrupp"), Tesla, Inc. ("Tesla"), and Defendant Employbridge Southwest, LLC d/b/a Prologistix, by and through their respective counsel of record, hereby request and stipulate to extend the time for the parties to file a stipulation dismissing the instant action. The stipulation regarding dismissal is currently due July 27, 2020. (ECF No. 40.) The parties are in the process of

finalizing the Settlement Agreement and request the additional time for all parties to approve. As a result, the parties respectfully request an extension of time up to and including August 13, 2020 in which to respond. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 24th day of July, 2020.           DATED this 24th day of July, 2020.

**THE GEDDES LAW FIRM, P.C.**                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Kristen R. Geddes*                      /s/ *Dana B. Salmonson*

William J. Geddes                            Anthony L. Martin
Nevada Bar No. 6984                          Nevada Bar No. 8177
Kristen R. Geddes                            Dana B. Salmonson
Nevada Bar No. 9027                          Nevada Bar No. 11180
1575 Delucchi Lane, Suite 206                Wells Fargo Tower
Reno, NV  89502                              Suite 1500
*Attorneys for Plaintiff*                    3800 Howard Hughes Parkway
                                             Las Vegas, NV  89169
                                             *Attorneys for Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., and Tesla, Inc.*

DATED this 24th day of July, 2020.

**HOLLAND & HART LLP**

/s/ *Dora V. Lane*

Dora V. Lane
Nevada Bar No. 8424
Sarah J. Walsh
Nevada Bar No. 13481
5441 Kietzke Lane, Suite 200
Reno, NV  89511
*Attorneys for Defendant EmployBridge Southwest, LLC dba Prologistix*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of July, 2020.           _____
                                             LARRY R. HICKS
                                             UNITED STATES DISTRICT JUDGE