**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual, | Case No.: 3:19-cv-00683-LRH-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION REGARDING DISMISSAL** |
| EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10, | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Robert Thurman-Silva ("Plaintiff") Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., (collectively, "thyssenkrupp"), Tesla, Inc. ("Tesla"), and Defendant Employbridge Southwest, LLC d/b/a Prologistix, by and through their respective counsel of record, hereby request and stipulate to extend the time for the parties to file a stipulation dismissing the instant action. The stipulation regarding dismissal is currently due August 13, 2020. (ECF No. 42.) The parties have finalized the terms of the Settlement Agreement and have all exchanged signatures. Under the terms of the Settlement Agreement, Defendants have twenty-one (21) days to provide Plaintiff with payment and

are in the process of requesting the same. As a result, the parties respectfully request an extension of time up to and including September 8, 2020 in which to file the Stipulation dismissing this case.

    This is the parties' second request for an extension of time. The first was made on July 24, 2020 (ECF No. 41) and signed on July 27, 2020 (ECF No. 42) to allow the parties to review and finalize the terms of the Settlement Agreement.

    This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 11th day of August, 2020.

**THE GEDDES LAW FIRM, P.C.**

/s/ *Kristen R. Geddes*
William J. Geddes
Nevada Bar No. 6984
Kristen R. Geddes
Nevada Bar No. 9027
1575 Delucchi Lane, Suite 206
Reno, NV 89502
*Attorneys for Plaintiff*

DATED this 11th day of August, 2020.

**HOLLAND & HART LLP**

/s/ *Dora V. Lane*
Dora V. Lane
Nevada Bar No. 8424
Sarah J. Walsh
Nevada Bar No. 13481
5441 Kietzke Lane, Suite 200
Reno, NV 89511
*Attorneys for Defendant EmployBridge Southwest, LLC dba Prologistix*

DATED this 11th day of August, 2020.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
*Attorneys for Defendants
thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., and Tesla, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2