**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT THURMAN-SILVA, an individual, | Case No.:  3:19-cv-00683-LRH-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREDJUDICE** |
| EMPLOYBRIDGE SOUTHWEST, LLC d/b/a PROLOGISTIX, a Foreign Limited-Liability Company; THYSSENKRUPP MATERIALS NA, INC.; a Foreign Corporation; THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., a Foreign Corporation; and, TESLA MOTORS, INC., a Foreign Corporation; DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Robert Thurman-Silva ("Plaintiff") Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., (collectively, "thyssenkrupp"), Tesla, Inc. ("Tesla"), and Defendant Employbridge Southwest, LLC d/b/a Prologistix ("Prologistix"), and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendants thyssenkrupp, Tesla, and Prologistix, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

1 | Each party is to bear their own fees and costs.

2 | DATED this 2nd day of September, 2020.    DATED this 2nd day of September, 2020.

**THE GEDDES LAW FIRM, P.C.**    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Kristen R. Geddes*    /s/ *Dana B. Salmonson*

William J. Geddes    Anthony L. Martin
Nevada Bar No. 6984    Nevada Bar No. 8177
Kristen R. Geddes    Dana B. Salmonson
Nevada Bar No. 9027    Nevada Bar No. 11180
1575 Delucchi Lane, Suite 206    Wells Fargo Tower
Reno, NV  89502    3800 Howard Hughes Parkway, Suite 1500
*Attorneys for Plaintiff*    Las Vegas, NV  89169
*Attorneys for Defendants thyssenkrupp Materials NA, Inc., thyssenkrupp Supply Chain Services NA, Inc., and Tesla, Inc.*

DATED this 2nd day of September, 2020.

**HOLLAND & HART LLP**

/s/ *Dora V. Lane*

Dora V. Lane
Nevada Bar No. 8424
Sarah J. Walsh
Nevada Bar No. 13481
5441 Kietzke Lane, Suite 200
Reno, NV  89511
*Attorneys for Defendant EmployBridge Southwest, LLC dba Prologistix*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of September, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2